# EXHIBIT A



| | Corporate Headquarters | **INVOICE** |
|---|---|---|
| **TSG** | 747 Third Avenue, Suite 10A | |
| REPORTING | New York, NY 10017 | DATE: 12/31/2014 |
| | Phone: (877) 702-9580 | INVOICE # 121814-326850 |
| | Fax: (212) 207-3311 | |
| | www.tsgreporting.com | |

**Bill To:** Michael L. Banks Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

**CASE:** John O'Donnell v. Genzyme Corporation
**WITNESS:** John P. O'Donnell
**DATE:** 12/18/2014
**LOCATION:** Cleveland, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 288 | $4.50 | $1,296.00 |
| Original Transcript - 3 Day Delivery | 288 | $2.00 | $576.00 |
| Original Transcript - Early AM Pages | 20 | $2.00 | $40.00 |
| Rough ASCII | 288 | $1.50 | $432.00 |
| Reporter Appearance Fee / Hour - Videotaped | 7 | $70.00 | $490.00 |
| Reporter App Fee / Early AM Hour - Videotaped | 0.5 | $105.00 | $52.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 103 | $0.25 | $25.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,912.25 |
| | | SHIPPING & HANDLING | $80.00 |
| | | TOTAL | $2,992.25 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**