# EXHIBIT B



**INVOICE**

DATE: 12/31/2014
INVOICE # 121814-326851

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

BILL To: Michael L. Banks Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

CASE: John O'Donnell v. Genzyme Corporation
WITNESS: John P. O'Donnell
DATE: 12/18/2014
LOCATION: Cleveland, OH

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $295.00 | $295.00 |
| Videographer - Additional Hours | 6 | $115.00 | $690.00 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | $172.50 | $86.25 |
| Videosynch / Tape | 6 | $100.00 | $600.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,671.25 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,696.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the Invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**