# EXHIBIT C

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8867 | 2/2/2015 | 4422 |

| Job Date | Case No. |
|---|---|
| 1/5/2015 | 1:14-CV-01767 |

| Case Name |
|---|
| John O'Donnell, vs. Sanofi-Aventis, Inc., et al., |

| Payment Terms |
|---|
| Net 30 |

**Tackla Court Reporting, LLC**

REQUESTOR: NANCY MARIE FABIANI

Christopher D. Havener, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Video Deposition of:
Jeanette Fontanes-Quiles
   Original Transcript - Electronic Version Only     125.00 Pages     687.50
   Etran     15.00

**TOTAL DUE >>> $702.50**

A. David Tackla

We now accept all major credit cards.
Thank you for your business!
Please contact our office with any questions at (216) 241-3918.

All past due amounts will be subject to a late charge at the rate of 1.5% per month. Also liable for legal and collection fees.

**Tax ID:** 46-3593752

*Please detach bottom portion and return with payment.*

---

Christopher D. Havener, Esq.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Invoice No. : 8867
Invoice Date : 2/2/2015
**Total Due** : $ 702.50

Remit To: **Tackla Court Reporting, LLC**
          **1020 Ohio Savings Plaza**
          **1801 East 9th Street**
          **Cleveland, OH 44114**

Job No. : 4422
BU ID : Tackla
Case No. : 1:14-CV-01767
Case Name : John O'Donnell, vs. Sanofi-Aventis, Inc., et al.,