# EXHIBIT L



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change.
Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier website of your ticketed itinerary for applicable fees.**

Airfare Price Drop Protection Alert – DO NOT upgrade until 24 hours after your ticket has been issued.

BCD Travel toll free number 800-220-8554

**PLEASE SUBMIT THE ATTACHED INVOICE WITH YOUR EXPENSE REPORT**

Thank you for using BCD Travel for your travel needs.

This is a SEND ONLY email address. DO NOT reply to this email.

**Billing Code: 989L04**

[Printer Friendly](#)

| **Ticket Receipt** |
|---|
| **Total Amount: 828.00 USD** |
| ElectronicTicket Number: 0167490635320 |
| Invoice Number: 1115049 |
| Ticket Amount: 828.00 USD |
| Form of Payment: AX***********1000 |
| |
| This ticket information applies to the following trip(s): |
| |
| United Airlines Flight 380 from Newark to Cleveland on September 24 |
| United Airlines Flight 552 from Cleveland to Newark on September 24 |

| **Travel Summary – Agency Record Locator KSYYWF** | | | | | |
|---|---|---|---|---|---|
| **Traveler** | | | | | |
| LUBIN / JOSHUA R | | | | | |
| **Reference number by traveler:** Not Applicable | | | | | |

| Date | From/To | Flight/Vendor | Status | Depart/Arrive | Class/Type |
|---|---|---|---|---|---|
| 09/24/2014 | **EWR** | ROYAL COACHMAN WORLDWIDE | Confirmed | 04:45 AM/05:45 AM | |
| 09/24/2014 | **EWR-CLE** | UA 380 | Confirmed | 07:59 AM/09:37 AM | Economy / M |
| 09/24/2014 | **CLE-EWR** | UA 552 | Confirmed | 05:03 PM/06:45 PM | Economy / M |
| 09/24/2014 | **EWR** | ROYAL COACHMAN WORLDWIDE | Confirmed | 06:45 PM/07:45 PM | |

| **Remarks** | |
|---|---|
| SANOFI ***** BCD TRAVEL | |
| OFFICE HOURS 8AM-6PM EST MON-FRI. | |
| DAYTIME PHONE NUMBER 800-220-8554 | |
| DAYTIME COLLECT NUMBER IS 615-232-9396. | |
| EMERGENCY AFTER-HOURS - PLEASE CALL TOLL FREE | |
| 866-264-7185 OR IF TRAVELING OUTSIDE THE US CALL | |
| COLLECT 770-486-2783 EXECUTIVE CODE DE0B. | |

## LIMO - Wednesday, September 24 2014    Add to Calendar  Need Help?

| | |
|---|---|
| **Vendor:** | ROYAL COACHMAN WORLDWIDE |
| **Phone Number:** | 800 472 7433 |
| **Pickup Location:** | 4 TEA GARDEN CT FLEMINGTON NJ 08822 |
| **Pickup Date and Time:** | 04:45 AM Wednesday, September 24 2014 |
| **Dropoff Location:** | EWR AIRPORT AT 0550 |
| **Dropoff Date and Time:** | 05:45 AM Wednesday, September 24 2014 |
| **Rate:** | $116.90 |
| **Confirmation Number:** | W147718 |
| **Status:** | Confirmed |
| **Remarks:** | DID YOU KNOW TIPS AND GRATUITIES ARE INCLUDED IN ALL |
| | SANOFI AVENTIS LIMO AND BLACK CAR RATES |

## AIR - Wednesday, September 24 2014 - Agency Record Locator KSYYWF    Add to Calendar  Need Help?

**United Airlines  Flight UA380  Economy Class**

| | |
|---|---|
| **Depart:** | Newark Liberty Intl, TERMINAL C |
| | Newark, New Jersey, United States |
| | 07:59 AM Wednesday, September 24 2014 |
| **Arrive:** | Hopkins International |
| | Cleveland, Ohio, United States |
| | 09:37 AM Wednesday, September 24 2014 |
| **Duration:** | 1 hour(s) and 38 minute(s) Non-stop |
| **Status:** | Confirmed - United Airlines Record Locator: **BEJE9N** |
| **Equipment:** | Airbus Industrie A319 |
| **Seat:** | 28D Confirmed |
| **FF Number:** | UAXXXX1481 - LUBIN/JOSHUA R |
| **Distance:** | 403 miles / 648.427 kilometers |
| **CO2 Emissions:** | 177.32 lbs/80.6 kgs |

## AIR - Wednesday, September 24 2014 - Agency Record Locator KSYYWF    Add to Calendar  Need Help?

**United Airlines  Flight UA552  Economy Class**

| | |
|---|---|
| **Depart:** | Hopkins International |
| | Cleveland, Ohio, United States |
| | 05:03 PM Wednesday, September 24 2014 |
| **Arrive:** | Newark Liberty Intl, TERMINAL C |
| | Newark, New Jersey, United States |
| | 06:45 PM Wednesday, September 24 2014 |
| **Duration:** | 1 hour(s) and 42 minute(s) Non-stop |
| **Status:** | Confirmed - United Airlines Record Locator: **BEJE9N** |
| **Equipment:** | Airbus Industrie A319 |
| **Seat:** | 34C Confirmed |
| **FF Number:** | UAXXXX1481 - LUBIN/JOSHUA R |
| **Distance:** | 403 miles / 648.427 kilometers |
| **CO2 Emissions:** | 177.32 lbs/80.6 kgs |

| | |
|---|---|
| **LIMO - Wednesday, September 24 2014** | Add to Calendar  Need Help? |
| Vendor: | ROYAL COACHMAN WORLDWIDE |
| Phone Number: | 800 472 7433 |
| Pickup Location: | EWR AIRPORT |
| Pickup Date and Time: | 06:45 PM Wednesday, September 24 2014 |
| Dropoff Location: | 4 TEA GARDEN CT FLEMINGTON NJ 08822 AT 2010 |
| Dropoff Date and Time: | 07:45 PM Wednesday, September 24 2014 |
| Rate: | $116.90 |
| Confirmation Number: | W147720 |
| Status: | Confirmed |
| Remarks: | DID YOU KNOW TIPS AND GRATUITIES ARE INCLUDED IN ALL SANOFI AVENTIS LIMO AND BLACK CAR RATES |

**Remarks**

INTL TRAVELERS SHOULD ALLOW ADDITIONAL TIME TO GET THRU
SECURITY CHECKPOINTS TO ACCOMMODATE STRICTER TSA RQRMT
VISIT TSA WEBSITE WWW.TSA.GOV FOR ADDITIONAL INFO
EFFECTIVE IMMEDIATELY AMERICAN AIRLINES FROM EUROPE
WILL BE LIMITED TO ONE CARRY-ON ITEM.
EXEMPT TRAVELERS-FIRST/BUSINESS CLASS W/PRIORITY ACCESS
AAIRPASS/AADVANTAGE EXEC PLATINUM/PLATINUM OR GOLD
WILL BE ALLOWED ONE CARRY-ON PLUS ONE PERSONAL ITEM.
INTERNATIONAL SOS WORLDWIDE ASSISTANCE
WITHIN THE US CALL 800-523-6586
WITHIN CANADA CALL 800-441-4767
OUTSIDE THE US AND CANADA CALL COLLECT 215-245-4707
VISIT WWW.INTERNATIONALSOS.COM
SOS MEMBERSHIP NBR 15AGXS000018
THANK YOU FOR USING CLIQBOOK.
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
FOR UP TO DATE TRAVEL INFORMATION ON AIRLINE
CHECK-IN/RESTRICTIONS/LIMITATIONS/SECURITY.
PLEASE CHECK WWW.UAL.COM
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
YOUR TRAVEL ITINERARY CAN BE VIEWED ONLINE AT
WWW.TRIPCASE.COM. YOUR RESERVATION CODE
IS KSYYWF.
YOUR UNITED AIRLINES RESERVATION LOCATOR IS BEJE9N
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.

Email generated on 02Sep/7:53 PM UTC

BCD Travel acts only as an agent for the airlines, hotels, bus companies, railroads, tour operators, cruise lines, car rental companies, and other similar third parties providing accommodations, transportation, or other meeting and travel related services ("Suppliers"). Suppliers are independent and do not act for or on behalf of BCD Travel, are not employees of BCD Travel, and do not have a joint venture or partnership with BCD Travel.  Suppliers have their own terms and conditions for the services they provide, and you agree to abide by the terms and conditions set forth in any and all documents for any such Supplier services, including, without limitation, all

cancellation fees.  By utilizing the services represented by this itinerary, you agree to the foregoing and also agree that neither BCD Travel or its parent, affiliates, subsidiaries, partners, agents, and their respective officers, directors, employees, and representatives shall be or become liable for any loss, cost, expense, injury, accident, or damage to person or property resulting directly or indirectly from (i) the acts or omissions of Suppliers, including, but not limited to, delays or cancellation of services, cessation of operations, breakdown in machinery or equipment, or changes in fares, itineraries, or schedules; and/or (ii) acts of God, dangers incident to the sea, fires, acts of government or other authorities, wars, acts of terrorism, civil unrest, strikes, riots, thefts, pilferage, epidemics, quarantines, other diseases, climatic aberrations, or from any other cause beyond BCD Travel's control.  Please see additional terms and conditions related to this itinerary at [Terms and Conditions](#).