# EXHIBIT E



# INVOICE

| | |
|---|---|
| **Case Name:** | O'Donnell v. Genzyme |
| **Contact:** | Karen Millet |
| **Matter ID:** | 201400663 |
| **Invoice #:** | 15080317 |
| **Time Period:** | 08/01/2015 - to - 08/31/2015 |
| **Invoice Date:** | 09/01/2015 |

Sanofi-Aventis U.S. LLC
55 Corporate Drive
MAIL CODE 55A-525A
Bridgewater, NJ 08807

**Technology Fees**

| | |
|---|---:|
| Expenses | ($9.39) |
| Hosting Services | $469.56 |
| **Total Technology Fees:** | **$460.17** |
| **Subtotal:** | **$460.17** |
| **Amount Due This Invoice:** | **$460.17** |

*Due Upon Receipt*

**Remit To:** **DiscoverReady LLC**
TIN: 20-2325235

<u>Mail</u>
DiscoverReady, LLC
PO Box 890820
Charlotte, NC 28289-0820
(212) 699-3968

<u>Wire</u>
BB&T
ACH OPERATIONS 100-99-04-10
Wilson, NC  27893
ABA#:      053101121
Account#:  0005205221664

\* Document Review Services includes preparation of review guidelines, APEX Review, reviewer training and testing, automated privilege screening, preparation of QC criteria, QC of assignments, coordination with client team, preparation of daily project management reports and participation in team calls

DiscoverReady is not a law firm and does not engage in the practice of law.  All services are performed under the direction and supervision of client's inside and / or outside counsel. Information provided by and provided to client is kept in the highest confidence to preserve any existing confidentiality or attorney client or attorney work product privilege or protection. Please be aware that some or all of the above fees may be subject to state sales or use tax whether or not presented on this invoice. Except to the extent otherwise specified in a written agreement (Engagement Letter, Master Services Agreement or Statement of Work) between the parties:DiscoverReady will not be liable under any circumstances for any form of incidental, special or consequential damages, and in no event will DiscoverReady  total liability related to this project exceed the lesser of a) $1,000,000 or the total fees actually paid to DiscoverReady for this project during the    12 month s prior to the date of this invoice, and b) DiscoverReady makes no formal representations or warranties with respect to the delivered hereunder.  Client is responsible for examining all DiscoverReady work product and any claims related to DiscoverReady services must be made in writing within the 60 days of the date upon which DiscoverReady delivers such services



**Technology Fees**

| Description | Units | Rate | Total |
|---|---|---|---|
| Customer Discounts - Tech | 1.00 | ($9.39) | ($9.39) |
| Hosting - Relativity (Storage all) | 78.26 | $6.00 | $469.56 |
| | | **Total:** | **$460.17** |