# EXHIBIT G



# *INVOICE*

| | |
|---|---|
| **Case Name:** | O'Donnell v. Genzyme |
| **Contact:** | Karen Millet |
| **Matter ID:** | 201400663 |
| **Invoice #:** | 15100044 |
| **Time Period:** | 10/01/2015 - to - 10/31/2015 |
| **Invoice Date:** | 11/01/2015 |

Sanofi-Aventis U.S. LLC
55 Corporate Drive
MAIL CODE 55A-525A
Bridgewater, NJ 08807

## Technology Fees

| | |
|---|---|
| Expenses | ($14.09) |
| Hosting Services | $469.56 |
| **Total Technology Fees:** | **$455.47** |
| **Subtotal:** | **$455.47** |
| **Amount Due This Invoice:** | **$455.47** |

*Due Upon Receipt*

**Remit To:** **DiscoverReady LLC**
TIN: 20-2325235

Mail
DiscoverReady, LLC
PO Box 890820
Charlotte, NC 28289-0820
(212) 699-3968

Wire
BB&T
ACH OPERATIONS 100-99-04-10
Wilson, NC 27893
ABA#:        053101121
Account#: 0005205221664

\* *Documentt Review Services includes preparation of review guidelines, APEX Review, reviewer ttraining and ttesting, autiomatied privilege screening, preparation of QC critieria, QC of assignmentis, coordination witih clienti tieam, preparation of daily projecti managementi reportis and participation in tieam calls*

DiscoverReady is nott a law frm and does nott engage in tthe practtce of law.  All services are performed under tthe directton and supervision of clientt's inside and / or outtside cou Informatton provided by and provided tto clientt is keptt in tthe highestt confdence tto preserve any existtng confdenttalitty or attorney clientt or attorney work productt privilege or proti Please be  aware tthatt some or all of tthe above fees may be subjectt tto sttatte sales or use ttax whetther or nott presentted on tthis invoice. Exceptt tto tthe exttentt ottherwise specifed i written agreementt (Engagementt Letter, Mastter Services Agreementt or Sttattementt of Work) bettween tthe partes.DiscoverReady will nott be liable under any circumsttances for any form « incidenttal, special or consequenttal damages, and in no eventt will DiscoverReady  ttottal liabilitty relatted tto tthis projectt exceed tthe lesser $1,000,000  or tthe ttottal fees acttually paid DiscoverReady for tthis projectt during tthe   12 montth s prior tto tthe datte of tthis invoice, and b) DiscoverReady makes no formal representtattons or warranttes witth respectt tto tthe delivered hereunder.   Clientt is responsible for examining all DiscoverReady work productt and any claims relatted tto DiscoverReady services mustt be made in writtng witthin tthe 60 days of t datte upon which DiscoverReady delivers such services



## Technology Fees

| Description | Units | Rate | Total |
|---|---|---|---|
| Customer Discounts - Tech | 1.00 | ($14.09) | ($14.09) |
| Hosting - Relativity (Storage all) | 78.26 | $6.00 | $469.56 |
| | | **Total:** | **$455.47** |